04-00086
USDC/RI
Lisi, M.

# United States Court of Appeals
## For the First Circuit

# MANDATE

No. 05-1439

UNITED STATES,

Appellee,

v.

FRANCISCO FERMIN,

Defendant, Appellant.

Before

Boudin, Chief Judge,
Torruella and Howard, Circuit Judges.

**JUDGMENT**
**Entered: February 24, 2006**

The judgment specifically stated that the number of drug tests would be determined by the court and therefore did not delegate determination of the number to the probation officer. As for the absence of a specific number, or range, of tests, we construe the drug testing provision of supervised release to "*cap* the number of drug tests at three, i.e., to state both the maximum and minimum number of tests." United States v. Mojica-Rivera, 2006 WL 60818, at *6 (1st Cir. Jan. 12, 2006). The judgment, as so construed, is summarily affirmed.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER
By: ________________
Chief Deputy Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 3/17/06

[cc: Edward Juel, Esq., Mary E. Rogers, AUSA, Donald Lockhart, AUSA, Francisco Fermin]